Mary McNamara, Esq.
Swanson McNamara Haller
300 Montgomery Street, Suite 1100
San Francisco, CA 94104

Attorney for Defendant
LENZIE ELLIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LENZIE ELLIS, <br><br> Defendant. | Crim. No. 03-00287 MJJ <br><br> STIPULATION TO CHANGE DATE OF REVOCATION HEARING AND [PROPOSED] ORDER |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Nicole M. Kim, and attorney Mary McNamara, on behalf of her client, defendant LENZIE ELLIS, that the date for the revocation hearing presently set for April 3, 2008 at 2:00 p.m. be continued to Thursday, April 24, 2008 at 2:00 p.m.

The parties agree that additional time is needed to adequately prepare for the hearing. In addition, the parties request permission to view the law enforcement reports and other relevant documents that are in the file of U.S. Probation in connection with this case and the violations alleged in the Second Amended Petition for Summons dated September 27, 2007.

DATED: March 31, 2008                    /s/ Nicole M. Kim
                                          NICOLE M. KIM
                                          Assistant U.S. Attorney

Stipulation to Change Date of Revocation Hearing and
[Proposed] Order
Crim. No. 03-00287 MJJ

1

| | |
|---|---|
| DATED: March 31, 2008 | /s/ Mary McNamara<br>_____<br>MARY MCNAMARA<br>Counsel for Defendant |

### [PROPOSED] ORDER

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT:

1. The revocation hearing in this case is continued to Thursday, April 24, 2008 at 2:00 p.m.

2. The parties shall have access to the law enforcement reports and other relevant reports and documents in the file of U.S. Probation and related to the violations of supervised release alleged in the Second Amended Petition for Summons dated September 27, 2007.

DATED: __April 1__, 2008



Stipulation to Change Date of Revocation Hearing and
[Proposed] Order
Crim. No. 03-00287 MJJ

2