Mary McNamara, Esq.
Swanson McNamara Haller
300 Montgomery Street, Suite 1100
San Francisco, CA 94104

Attorney for Defendant
LENZIE ELLIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LENZIE ELLIS ) <br> ) <br> Defendant. ) <br> _____ ) | Crim. No. 03-00287 SI <br><br> STIPULATION TO SET DATE OF REVOCATION HEARING AND [PROPOSED] ORDER |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Nicole M. Kim, and attorney Mary McNamara, on behalf of her client, defendant LENZIE ELLIS, that since the above-referenced matter has been re-assigned to the Hon. Susan Illston, the date for the revocation hearing presently set for April 24, 2008 at 2:00 p.m. before the Hon. Vaughn R. Walker be set for Friday, April 25, 2008 at 11:00 a.m. before the Hon. Susan Illston.

DATED: April 10, 2008      /s/ Nicole M. Kim
                           NICOLE M. KIM
                           Assistant U.S. Attorney


DATED: April 10, 2008      /s/ Mary McNamara
                           MARY MCNAMARA
                           Counsel for Defendant

Stipulation to Set Date of Revocation Hearing and
[Proposed] Order
Crim. No. 03-00287 SI

1

1 [PROPOSED] ORDER

2 Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS

3 THAT the revocation hearing in this case be set to Friday, April 25, 2008 at 11:00 a.m.

4
5
6
7

*[signature: Susan Illston]*

8 DATED: _____, 2008    HON. SUSAN ILLSTON
United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation to Set Date of Revocation Hearing and
[Proposed] Order
Crim. No. 03-00287 SI

2