Mary McNamara, SBN 147131
SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for LENZIE ELLIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 03-0287 SI |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** |
| vs. | |
| LENZIE ELLIS , | Date: May 23, 2008<br>Time: 11:00 a.m. |
| Defendant. | Court: Hon. Susan Illston, Ctrm. 10 |

### STIPULATION

Defendant Lenzie Ellis, by and through Mary McNamara, and the United States, by and through Assistant United States Attorney Nicole Kim, hereby stipulate and agree as follows:

1. The parties are scheduled to appear before this Court on May 23, 2008 at 11:00 a.m. for a hearing on revocation of supervised release. Counsel for Mr. Ellis is unable to appear on May 23 due to a recently-scheduled family visit from abroad.

2. Counsel for Mr. Ellis therefore requests that the May 23, 2008 appearance be continued to May 30, 2008 at 11:00 a.m. Counsel for the United States has no objection to this request.

///

///

///

///

3. United States Probation Officer Octavio Magana has no objection to this request and is available to appear on May 30.

IT IS SO STIPULATED.

Dated: May 15, 2008

/s/
Mary McNamara
SWANSON, McNAMARA & HALLER LLP
Attorneys for LENZIE ELLIS

Dated: May 15, 2008

/s/
Nicole Kim
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____
Honorable Susan Illston
United States District Court

**Stip. and [Proposed] Order Continuing Appearance**
*United States v. Ellis*, CR 03-0287 SI         2