| DEFENDANT: | LENZIE ELLIS | Judgment - Page 1 of 3 |
|---|---|---|
| CASE NUMBER: | CR-03-00287-001 SI | |

## Date of Original Judgment: 5/30/08

(Or Date of Last Amended Judgment)

### Reason for Amendment: CLERICAL ERROR

[ ] Correction of Sentence on Remand (Fed.R.Crim.P.35(a))
[ ] Reduction of Sentence for Changed Circumstances (Fed. R.Crim.P.35(b))
[ ] Correction of Sentence by Sentencing Court (Fed.R.Crim.P.35(c))
[x] **Correction of Sentence for Clerical Mistake (Fed.R.Crim.P.36)**

[ ] Modification of Supervision Conditions (18 U.S.C § 3563(c) or 3583(e))
[ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. §3582(c)(1))
[ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
[ ] Direct Motion to District Court Pursuant to [ ] 28 U.S.C. § 2255, [ ] 18 U.S.C. § 3559(c)(7), or [ ] Modification of Restitution Order

# United States District Court
## Northern District of California

second amended

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>LENZIE ELLIS | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-03-00287-001 SI<br>BOP Case Number: DCAN303CR000287-001<br>USM Number: 93613-011<br>Defendant's Attorney: Mary McNamara |

**THE DEFENDANT:**

[x] admitted guilt to charge(s) 1 thru 6  in violation of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Charge Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failure to participate in a program of testing and treatment for drug/alcohol abuse, as directed. | 1/10/2007 |
| 2 | Failure to report to probation officer, and failure to submit truthful and complete written report within the first five days of each month. | 1/11/2007 |
| 3 | Failure not to commit another federal, state, or local crime. | 1/13/2007 |
| 4 | Failure not to be in the vicinity of East Palo Alto, California, unless otherwise approved by the probation officer. | 1/13/2007 |
| 5 | Failure to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. | 1/13/2007 |
| 6 | Failure not to commit another federal, state, or local crime. | On and between 5/1/2007 and 5/31/2007 |

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | LENZIE ELLIS | Judgment - Page 2 of 3 |
| CASE NUMBER: | CR-03-00287-001 SI | |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[x] The United States Attorney for this District dismisses Charge 7.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:   xxx-xx-0823

Defendant's Date of Birth:   8/5/1974

Defendant's USM No.:   93613-011

Defendant's Residence Address:
In Federal Custody

Defendant's Mailing Address:
In Federal Custody

5/30/2008
Date of Imposition of Judgment

Signature of Judicial Officer

Honorable Susan Illston, U. S. District Judge
Name & Title of Judicial Officer

6/19/08
Date

DEFENDANT: LENZIE ELLIS  
CASE NUMBER: CR-03-00287-001 SI

Judgment - Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **16 months**.

No further term of supervised release after imprisonment.

[x]  The Court makes the following recommendations to the Bureau of Prisons:
**Defendant is physically impared (blind) and shall require medical attention. Defendant shall be placed at a medical facility preferably, Rochester or Bevins.**

[x]  The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]  The defendant shall surrender to the United States Marshal for this district.

  [ ] at ___ [] am [] pm on ___.
  [ ] as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  [ ] before 2:00 pm on ___.
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
Deputy United States Marshal